IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>     Plaintiff,<br><br>  v.<br><br>E. GRAJEDA, et al.,<br><br>     Defendants. | No. 2:24-CV-0457-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 18, for leave to file a late reply brief in support of their motion to dismiss.  Good cause appearing therefor based on counsel's declaration indicating that the brief was submitted a few days past the deadline due to a calendaring error, Defendants' motion is GRANTED.  Defendants' motion to dismiss will be addressed separately.

IT IS SO ORDERED.

**Dated: September 10, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1