UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>            Plaintiff,<br><br>    v.<br><br>E. GRAJEDA, et al.,<br><br>            Defendants. | No.  2:24-CV-00457-TLN-DMC<br><br><br>**ORDER** |

Plaintiff Robert Cavazos ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to  42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to Eastern District of California local rules.

On September 23, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 20) are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 14) is GRANTED;

3. Plaintiff's due process claim is DISMISSED with leave to amend;

4. Plaintiff may file a first amended complaint within 30 days of the date of this order.

5. If no first amended complaint is filed within the time permitted therefor, this action shall proceed on Plaintiff's original complaint as to his excessive force and medical care claims only.

6. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: November 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE