UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>        Plaintiff,<br><br>    v.<br><br>E. GRAJEDA, et al.,<br><br>        Defendants. | No. 2:24-cv-00457-TLN-DMC<br><br>**ORDER** |

Plaintiff Robert Cavazos ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 18, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 25.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 18, 2025 (ECF No. 25), are ADOPTED IN FULL;

1

2. Plaintiff's motion for reconsideration (ECF No. 23) is DENIED;

3. Plaintiff may file an amended complaint consistent with the Court's November 12, 2024 Order within 30 days of the electronic filing date of this Order;

4. If no amended complaint is filed within the time permitted, this action shall proceed on Plaintiff's original complaint as to his excessive force and medical care claims only; and

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: August 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE