**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CAVAZOS, | No. 2:24-CV-0457-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. GREJEDA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing entitled "Motion to Proceed on Eighth Amendment Claim with Medical Inadequacy." ECF No 27. The Court construes Plaintiff's filing as a request for voluntary dismissal of those claims identified as defective in the Court's prior orders. So construed, Plaintiff's request will be approved. See Fed. R. Civ. P. 41(a)(1)(A)(i).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's filing at ECF No. 27 is construed as a request for voluntary dismissal of Plaintiff's due process claim and, so construed, the request is approved.

2.      This action proceeds on Plaintiff's original complaint as to Plaintiff's Eighth Amendment medical care and excessive force claims.

3.      Defendants shall file an answer to Plaintiff's complaint within 30 days of the date of this order.

Dated:  January 30, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2