IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT CAVAZOS,**

Plaintiff,

v.

**E. GRAJEDA, et al.,**

Defendants.

Case No. 2:24-CV-0457-TLN-DMC-P

**ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Robert Cavazos is an incarcerated person proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants McKean, Trevino, Becerra, Aldredge, Damacion, Grajeda, and Gardner for alleged violations of Plaintiff's Eighth Amendment rights against medical deliberate indifference and excessive force for various incidents in 2023 at California Medical Facility (CMF). (*See* Dkt. Nos. 1, 8, 14, 22, 25, 29).

On March 4, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (*See* Dkt. No. 32.) Defendants were provided with 45 days to investigate and determine whether to opt out of the post-screening ADR project. (*Id*.)

1

Defendants do not believe that a settlement conference would be fruitful at this time based on their investigation to-date, which included reviewing relevant files and speaking with Plaintiff regarding settlement.

Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' request to opt out of this Court's Post-Screening Early ADR Program.  The stay of proceedings is lifted.  By separate order, the Court will set a schedule for this case.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2:24-CV-00457-DMC