**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CAVAZOS, | No.  2:24-CV-0457-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. GRAJEDA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to file an opposition to Defendants' motion for judgment on the pleadings.  See ECF No. 37. Defendants have filed a statement of non-opposition to Plaintiff's request.  See ECF No. 38. Good cause appearing therefor, Plaintiff's unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's unopposed motion for an extension of time, ECF No. 37, is granted.

2.    Plaintiff's opposition to Defendants' motion for judgment on the pleadings is due within 60 days of the date of this order.

**Dated:  July 2, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE