**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CAVAZOS,<br>Plaintiff,<br>v.<br>E. GRAJEDA, et al.,<br>Defendants. | No. 2:24-cv-00457-TLN-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation of voluntary dismissal. ECF No. 48. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed with prejudice on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: October 19, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE